UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Bianca Kiashie Harrison**                                   **Docket No. 7:19-CR-170-1FL**

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Bianca Kiashie Harrison, who, upon an earlier plea of guilty to Conspiracy to Participate in Racketeering Activity - RICO Conspiracy, in violation of 18 U.S.C. § 1962(d) and 18 U.S.C. § 1963(a), was sentenced by the Honorable Frank D. Whitney, Chief United States District Judge for the Western District of North Carolina, on June 18, 2018, to the custody of the Bureau of Prisons for a term of 32 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 24 months.

Bianca Kiashie Harrison was released from custody on August 27, 2019, at which time the term of supervised release commenced.

Transfer of Jurisdiction to the Eastern District of North Carolina was filed on October 31, 2019.

On December 6, 2019, a Violation Report was submitted to the court reporting that the defendant was charged with Resisting a Public Officer, Felony Possession of a Schedule II Controlled Substance (cocaine) and Possession of Drug Paraphernalia in Duplin County, North Carolina. Those charges remain pending in Duplin County District Court (19CR052093).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 5, 2020, this officer was advised by task force officers with the Jacksonville Police Department that Harrison was involved in a traffic stop with Darius Hill, who was wanted for multiple charges in both Onslow and Duplin County. While charges were not filed against Harrison as a result of this incident, it is noted that this is the third instance since her release where she was involved in some sort of law enforcement contact while she was with Hill. As verbal warnings to disassociate with Hill have not been taken seriously, this officer is respectfully requesting that the conditions of supervised release be modified to include the condition that Harrison not have any contact with Darius Hill.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall have no direct or indirect contact, at any time and for any reason, with Darius Hill unless provided with specific, written authorization in advance by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

**Bianca Kiashie Harrison**
**Docket No. 7:19-CR-170-1FL**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake | /s/ Kristyn Super |
| David W. Leake | Kristyn Super |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 200 Williamsburg Pkwy, Unit 2 |
| | Jacksonville, NC 28546-6762 |
| | Phone: 910-346-5104 |
| | Executed On: March 30, 2020 |

### ORDER OF THE COURT

Considered and ordered this ___31st___ day of _____March_____, 2020, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
United States District Judge